IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA        :      CRIMINAL ACTION
       v.                                  :
                                   :      No. 19-430
MARC VINCENT

## **ORDER**

AND NOW, this 3rd day of November 2020, upon consideration of the Government's Motion to Dismiss Indictment Without Prejudice (ECF No. 19), to which the Defendant's Attorney does not object, it is hereby **ORDERED** that the motion is **GRANTED**.

The Indictment in the above-captioned case is **DISMISSED WITHOUT PREJUDICE**. Furthermore, the Clerk of Court is directed to mark this case as **CLOSED**.

**IT IS SO ORDERED.**

BY THE COURT:

/s/ Chad F. Kenney
_____
CHAD F. KENNEY, J.

Cc:      Counsel